The REGIONAL TRANSPORTATION DISTRICT, a special district; Alan N. Charnes, as Executive Director of the Colorado Department of Revenue; and The Colorado Department of Revenue, Petitioners,

v.

MARTIN MARIETTA CORP., Respondent.

No. 89SC253.

Supreme Court of Colorado, En Banc.

Sept. 18, 1989.

Petition for Writ of Certiorari GRANTED.

Alva Allen HARRISON, Petitioner,

v.

The PEOPLE of the State of Colorado, Respondent.

No. 89SC147.

Supreme Court of Colorado, En Banc.

Oct. 2, 1989.

Petition for Writ of Certiorari GRANTED.

Horace N. GREGORY, Petitioner,

v.

CROWN TRANSPORTATION, State Compensation Insurance Authority, and the Industrial Claim Appeals Office of the State of Colorado, Respondents.

No. 89SC380.

Supreme Court of Colorado, En Banc.

Oct. 16, 1989.

Petition for Writ of Certiorari DENIED.

LOHR, J., does not participate.